# EXIHBIT 2

## TRANS UNION,EXPERIAN AND EQUIFAX DISPUT LETTERS



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $0.45 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.75 |

Sent To: Equifax

06/18/2012

0472

PS Form 3800 August 2006    See Reverse for Instructions

7011 3500 0000 0769 5578

---

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $0.45 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.75 |

Sent To: Equifax CBL
Street, Apt. No.; or PO Box No.: PO Box 740241
City, State, ZIP+4: Atlanta GA 30374-0241

NOV 29 2012

0109

11/29/2012

PS Form 3800 August 2006    See Reverse for Instructions

7011 0110 0001 3737 3895

---

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $1.68 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.83 |

Sent To: Equifax
Street, Apt. No.; or PO Box No.: PO Box 740241
City, State, ZIP+4: Atlanta GA 30374

0472

11/29/2012

PS Form 3800 August 2006    See Reverse for Instructions

7011 2000 0000 9689 5252

---

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $0.45 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.75 |

Sent To: Equifax
ATL

0472

05/10/2012

PS Form 3800 August 2006    See Reverse for Instructions

7011 0110 0001 3737 2973

7011 0110 0001 3637 2980

**U.S. Postal Service**
**CERTIFIED MAIL… RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.75 |

Sent To *Experiar*
Street, Apt No.; or PO Box No. *P.O. Box*
City, State, ZIP+4 *Allen Texas*

PS Form 3800, August 2006                 See Reverse for Instructions

05/10/2012

---

7011 0110 0001 3637 3871

**U.S. Postal Service**
**CERTIFIED MAIL… RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.75 |

Sent To *Experian*
Street, Apt No.; or PO Box No. *PO Box 2002*
City, State, ZIP+4 *Allen TX 75013*

PS Form 3800, August 2006                 See Reverse for Instructions

11/30/2012

---

7011 3500 0000 0789 5525

**U.S. Postal Service**
**CERTIFIED MAIL… RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.75 |

Sent To *Experian*
Street, Apt No.; or PO Box No. *Mauithongad unfamund*
City, State, ZIP+4

PS Form 3800, August 2006                 See Reverse for Instructions

06/18/2012







7010 0780 0000 3222 5044

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $1.10 |
| Return Receipt Fee (Endorsement Required) | | $2.95 |
| Restricted Delivery Fee (Endorsement Required) | | $12.35 |
| Total Postage & Fees | $ | $6.40 |

Sent To: _Reps Union_
Street, Apt. No.; or PO Box No. _P.O. Box 6750_
City, State, ZIP+4 _Fullerton, CA 92834_

03/31/2012

PS Form 3800, August 2006    See Reverse for Instructions

---

7011 1570 0003 2449 2662

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

| | | |
|---|---|---|
| Postage | $ | $1.30 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.60 |

Sent To: _TRANS Union_
Street, Apt. No.; or PO Box No. _P.O. Box 1000_
City, State, ZIP+4 _Chester PA 19022_

03/28/2012

PS Form 3800, August 2006    See Reverse for Instructions

---



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.75 |

Sent To: _TRANS UNION_
Street, Apt. No.; or PO Box No. _P.O. Box 1000_
City, State, ZIP+4 _Chester PA 19022_

PS Form 3800, August 2006

---

7011 0110 0001 3637 2942

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

---

7011 2000 0000 9689 5145

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

| | | |
|---|---|---|
| Postage | $ | $1.68 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.83 |

Sent To: _TransUnion_
Street, Apt. No.; or PO Box No. _PO Box 1000_
City, State, ZIP+4 _Chester PA 19022_

PS Form 3800, August 2006    See Reverse for Instructions

---

7011 0110 0001 3637 3864

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.75 |

Sent To: _TransUnion_
Street, Apt. No.; or PO Box No. _PO Box 2000_
City, State, ZIP+4 _Chester PA 19022_

MAY 29 2012

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Information Services
P.O. Box 105069
Atlanta, GA 30348

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _CMon_ ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7012 3050 0000 7271 9947

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Info Services LLC
c/o Legal Dept.
PO 105069
Atlanta GA 30348

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7011 0110 0001 3137 5509

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equ Fax Information Service LLC
P.O. Box 105069
Atlanta GA 30348-5069

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ JUN 1 ____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7011 3500 0000 0789 5204

PS Form 3811, February 2004     Domestic Return Receipt



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax/CBI
PO Box 740241
Atlanta GA
30374-0241

A. Signature
X

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   □ Certified Mail   □ Express Mail
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.
4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7011 0110 0001 3637 3895

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax consumer fraud div.
PO Box 740256
Atlanta GA 30374

A. Signature
X

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   □ Certified Mail   □ Express Mail
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.
4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7011 0110 0001 3637 3161

PS Form 3811, February 2004   Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Agreed to:

Equifax
PO Box 740256
ATL, GA, 30374-0256

A. Signature
X

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   □ Certified Mail   □ Express Mail
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.
4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7011 0110 0001 3637 2973

PS Form 3811, February 2004   Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Information Service S...
Attn: Legal department
PO Box 105069
Atlanta GA 30348

A. Signature
X

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   □ Certified Mail   □ Express Mail
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.
4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7011 0110 0001 3637 6131

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trans Union Consumer
  Solutions
C/o Legal Department
P.O. Box 2000
Chester, PA 19022-2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

4 1 2013

D. Is delivery address different from item 1? ☐ Yes
  If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 0110 0001 3637 4016

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Atta Legal Dept. Transunion LLC
Trans Union Consumer Solutions
P O Box 200
Chester, PA 19022-200

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2013

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7012 3050 0000 7271 9954

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion
Attn: Legal dept.
P O B 2000
Chester PA 19022

Trans Union LLC
12 2012

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

A. Signature
X   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 0110 0001 3637 4328

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-15

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion
P O Box 6790
Fullertown CA
92834

A. Signature
X   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
MAY 16 201

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 0110 0001 3637 3192

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-15

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transunion
P.O. Box 1000
Chester, PA 19022

A. Signature
X   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
TransUnion LLC

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
MAY 11, 2012

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 0110 0001 3637 2942

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-15K

This page contains four USPS PS Form 3811 (February 2004) Domestic Return Receipt forms.

**Form 1 (upper left):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery
DEC 07

1. Article Addressed to:

Experian
PO Box 2002
Allen TX 75013

C. Signature
X   □ Agent   □ Addressee

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number (Transfer from service label)
7011 0110 0001 3637 3871

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Form 2 (lower left):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X   □ Agent   □ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Experian
PO Box 9554
Allen, TX 75013

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number (Transfer from service label)
7011 0110 0001 3637 3154

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Form 3 (upper right):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X   EXPERIAN   □ Agent   □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
EXPERIAN PARKWAY

1. Article Addressed to:

Attn: Legal Dept
Experian
PO Box 9701
Allen, TX 75013

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number (Transfer from service label)
7012 3050 0000 7271 9961

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Form 4 (lower right):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X   EXPERIAN   □ Agent   □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
EXPERIAN PARKWAY   JAN 03 2013

1. Article Addressed to:

Experian
c/o Legal dept
PO Box 9701
Allen TX 75013

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number (Transfer from service label)
7011 0110 0001 3637 4311

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FROM:
September 05, 2011
Paul M Jones
572 Park st
Stoughtom,ma,02072
Ss#███████████
D.O.B febuary ███████
Cell# 617-458-0612


TO
Equifax
P.O Box 740241
Atlanta, GA 30374


# **DISPUTE**


To whom it may concern,

    I am writing to you to dispute the following information in my credit report. The items I dispute also are circled on the enclosed copy of the report I have received from you agency.

    Please update my disputes as soon as possible so that my true credit report can be shown,any questions please call me asap at the info above thanks.


1.     Faulkner ER associates was paid $74.00 already please check with them
2.     I have never had any mortgage with Bank Of America please remove this from my credit report asap , also they have never forclosed on me and I have never had any payment

arrangement with them in my life Paul M Jones please update your files

3. I have never even applie for a credit card from CHASE BANK USA, NA act# 41472020xxxx is not my account please remove this from my credit report asap so that my true credit report can show

4. I have never applied for a credit card from Citicards cbna act# 54241810xxxx please update the info on my credit reports asap

5. I have never applie or signed for a credit card from exxonmobil/cbna ACT# 730250000368 PLEASE REMOVE THIS FROM MY Credit Report asap

6. I have never aplied or signed for a credit card from HSBC BANK act# 04006177xxxx for $3530.00 PLEASE UPDATE MY CREDIT REPORT ASAP THANKS

7. I have never applied for a credit card from HSBC BANK act# 10017060xxxx please remove this account asap

8. I have never even applied for a credit card from HSBC BANK act# 34000617xxxx is not my account please update and remove from my credit report

9. Lease Finance Group LL was paid in full and merchandise was returned before the end of the term, my obligation was satisfied early please remove it off my credit report it was not a bad dept and placed in collections.

10. Please add option one mortagage act # 647001134xxxx conventional real estate loan including purchase money first on to my report so that it could reflect that good account with them thanks

Paul Jones
572 Park Street
Stoughton, Ma, 02072

September 21, 2012

TO
Equifax
P.O Box 740241
Atlanta, GA 30374

To Whom It May Concern Equifax is really making it hard for me financially with all these inaccurate things in my credit report please update ASAP because Trans union and Experian has already done so and Equifax need to do so As soon as possible I have been denied credit for furniture and an AMEX card. I also has written LexisNexis Risk Department on this matter as well and they have corrected it with Trans Union and Experian I am including a copy of the letter from Lexis Nexis.

I am disputing the following items:

1. Tax lien for $28,725.00 I have never had a judgment against me in my life for any taxes your company is violating the FCRA every day this stays on my credit report I am asking you to remove it at once or I will have no choice but to sue.

2. Tax lien for $8171.00 I have never had a judgment against me in my life for any taxes your company is violating the FCRA every day this stays on my credit report I am asking you to remove it at once or I will have no choice but to sue I also has written LexisNexis Risk Department on this matter as well.

3. Tax lien for $5808.00 I have never had a judgment against me in my life for any taxes your company is violating the FCRA every day this stays on my credit report I am asking you to remove it at once or I will have no choice but to sue I also has written LexisNexis Risk Department on this matter as well.

The other 2 Credit Buerals have corrected their mistake please correct your and you can verify with Lexis Nexis as well.

PLEASE REMOVE THESE TAX LEIN

| Court | Plaintiff | Docket Number | Filing Date | Balance Amount | Account Status | Type |
|-------|-----------|---------------|-------------|----------------|----------------|------|
| NORFOLK REGISTRY OF DEEDS | | 107386 | 09/2009 | $8,171 | | TaxLienOther |
| NORFOLK REGISTRY OF DEEDS | | 52047 | 05/2009 | $28,725 | | TaxLienFederal |
| US DISTRICT CT FOR MASS. | | 324728006 | 10/2006 | $5,808 | | TaxLienFederal |

I did not authorize the following inquiries on my credit report. I believe that they were obtained fraudulently. Please remove them.

1. Merchant choice
2. Verizon communication

CURRENT EMPLOYER
I CURRENTLY WORK AT COMMONWEALTH COMMUNITY RECOVERY DIVISION INC. 859 WILLIARD STREET, QUINCY, MA 02169 TELEPHONE NUMBER IS 800-280-1488 AND MY CELL IS 617-458-0612

Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,

Paul Jones
Ss# ▮▮▮▮▮▮
P.S. Please find enclosed a copy of my Massachusetts ID and Social Security card to verify identity.

March 25, 2012
Paul M Jones
572 Park st
Stoughtom,ma,02072
Ss#▒▒▒▒▒▒
D.O.B febuary▒▒▒▒
Cell# ▒▒▒▒▒▒▒

TO
Equifax
P.O Box 740241
Atlanta, GA 30374

# DISPUTE

To whom it may concern,

    I am writing to you to dispute the following information in my credit report. The items I dispute also are circled on the enclosed copy of the report I have received from you agency.

    Please update my disputes as soon as possible so that my true credit report can be shown,any questions please call me asap at the info above thanks.

    1. This is my second time writing to ask you to remove this account off my report, because I have never had a loan with Bank Of America, The loan I had was with optima mortgage and I am suing them for fraudulent foreclosure and I am winning, the suit has been going on for 7years now and they have not gotten a dime from me because the lender that foreclosed was Bank Of New York they are claiming ownership, I am attaching a proof of claim from the Bankruptcy court of all my creditors also a copy of the assignment (proof of ownership) that is on file at the registry of Deeds, If my credit report comes back with Bank of America still on it I will be filing a 93a lawsuit ,because your company is conspiring to destroy

my credit by allowing fictitious bankers to just claim any loan
without your company researching and verifying it, this is causing
me great HARM please correct it.

# CREDIT BUREALS CAN BE SUED IF

**(Credit bureaus** if they refuse to correct information after being
provided proof Defamation, willful injury FCRA Section 623
CUSHMAN, v. TRANS UNION CORPORATION US Court of Appeals
for the Third Circuit Court Case 115 F.3d 220 June 9, 1997, Filed
(D.C. No. 95-cv-01743).)

**&**

**(Credit bureaus** if they fail to respond to your written disputes within 30 days (a
15
Day extension may be granted if they receive information from the creditor within
the first 30 days)
Consumer protection afforded by the FCRA FCRA Section 611 Part (A)(1))

# PLEASE REMOVE THIS WHOLE FILE BELOW

| | | | BANK OF AMERICA, N.A | BK OF AMER |
|---|---|---|---|---|
| **BANK OF AMERICA, N.A.** | Account Name | BANK OF AMERICA, N.A. | | |
| Potentially Negative Closed | Account # | 5923XXXX | 5923XXXX | 5923XXXX |
| No Phone Provided | Account Type | Conventional Real Estate Loan, Including Purchase Real Estate Money First | | Mortgage account |
| | Balance | $0.00 | $0.00 | $0.00 |
| **Mailing Address:** 450 AMERICAN ST | Date Opened | 6/1/2004 | 6/1/2004 | 6/22/2004 |

SIMI VALLEY,

**CA 93065**

| Account Status | Closed | Closed | Closed |
|---|---|---|---|
| Mo. Payment | | $3,052.00 | $3,052.00 |
| Past Due | $0.00 | | $0.00 |
| Payment Status | Debt included in or discharged through Bankruptcy Chapter 13 | At least 120 days or more than four payments past due | Wage earner or similar plan |
| High Balance Limit | | $274,550.00 | $274,550.00 |
| Terms | 360 Months | | 360 Months |
| Comments | | FORECLOSURE REAL ESTATE MORTGAGE | Chap. 13 wage earner plan account |

Close Account Details

2. This item is over 7 years old please remove it as soon as possible

**LEASE FINANCE GROUP LL**

Potentially Negative
Closed

888-321-2307

**Mailing Address:**

233 N MICHIGAN AVE STE 1

CHICAGO, IL 60601

| Account Name | LEASE FINANCE GROUP LL |
|---|---|
| Account # | 1051993XXXX |
| Account Type | Lease |
| Balance | |
| Date Opened | 4/1/2003 |

|                          |                       |                            |
| ------------------------ | --------------------- | -------------------------- |
| **Close Account Details** | Account Status        | Closed                     |
|                          | Mo. Payment Past Due  |                            |
|                          | Payment Status        | Paid, was a charge-off     |
|                          | High Balance          |                            |
|                          | Limit                 |                            |
|                          | Terms                 | 48 Months                  |

May 10, 2012

Paul Jones
572 Park St, Stoughton, Ma, 02072

*Equifax Information Services, LLC*
*P.O. Box 740256*
*Atlanta, GA 30374-0256*

Dear Equifax,

I pulled my credit report and to my amazement Equifax is not reporting all my good accounts anymore so that my true credit history can show, so I am sending this letter to request that you add the accounts back below to my credit file because they are mine and I have worked hard for them so that my TRUE credit history and FICO score can show accurate it is not fair for you to remove good standing accounts without my approval.

Below is a list of my accounts that was listed with Equifax in the past but now are not list please put them back on thank you.

1.Macys East/ Jrdn mrsh
Act# 4201524205620
9111 Duke Blvd
800-972-4243
High balance

2.Option One Mortagage
Act # 64700011348521
Tel 505-292-9300
11104 menaul blvd ne
Albuquerque, nm, 87112
High balance $211,500

3. Ocwen Mortgage
561-682-8000
1661 Worthington R ste 100
West Palm beach, Fl 33409
High Balance $161,250.00
Act# 10119xxxx

4. Act# 277000261
Select portfolio scvin
PO box 65250
Salt Lake city Utah, 84165
Conventional mortgage
High Balance $

5. SPS
Act # 277000261
High Balance $ 217,750.00
10401 Deerwood par
Jacksonville, Fl, 32256
800-258-8602

Sincerely,
Paul Jones
SS# ████████

Paul Jones

572 Park Street

Stoughton, Ma 02072          December 9, 2012

## TO: Equifax

# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure **Equifax** violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b, and the Massachusetts Unfair And Deceptive Trade Practices Act MGL 93a

I am willing to settle these matters amicably without having to file suit and am giving you fifteen days from receipt of this letter to take the opportunity to do so. If **Equifax** chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in Massachusetts Federal Court.

I am looking for Equifax to

1. Equifax removed my good credit listing under Lease Finance, for 5 years Equifax has advertised this account as derogatory as soon as I prove to the company that I was never late on this account with bank records they sent Equifax a letter stating so that the account references to the late payments are incorrect, Equifax has cause me to be damaged in not being able to obtain credit and lost 2 jobs, I have attached the letter from LEASE FINANCE own lawyers stating this if my account is not reflecting Lease access with a good paid as agreed and no late payments I will file this Complaint in federal court on December 28, 2012 I have warned Equifax several time and sent several letter Equifax should do what's is right and stop breaking State and Federal law Civil and Criminal.

I can be reached directly at 617-459-0612 (cell) or via email at pj22765@gmail.com.

This cell number is not to be called, shared, or used for any purpose other than to address the matters at hand this is the last warning.

Respectfully,

_____

Paul Jones

September 05, 2011
Paul M Jones
████████████████

572 Park St
Stoughton,Ma,02072
Cell#████████████

EXPERIAN
PO Box 2002
Allen, Texas 75013

# DISPUTE

To whom it may concern,

I am writing to you to dispute the following information in my credit report. The items I dispute also are circled on the enclosed copy of the report I have received from you agency.

Please correct it so that my true credit report can be shown when some one see it,any questions I can be reached at the contact info at the top of the page Thanks.

Paul M Jones

1. Faulkner ER associates was paid $74.00 already please check with them
2. I have never had any mortgage with Bank Of America please remove this from my credit report asap , also they have never reclaimed any collateral from me Paul M Jones
3. Lease Finance Group LL was paid in full and merchandise was returned before the end of the term, my obligation was satisfied early please remove it off my credit report it was not a charge off.

4.      PRIMUS FINANCIAL SVCS was paid in full as agreed $30,873.00 and was not 90 days past due, please update information and correct my credit report asap so that my true credit report can be shown it is damaging my name.

May 10, 2012

Paul Jones
572 Park St, Stoughton, Ma, 02072

**EXPERIAN**

**PO Box 2002**

**Allen, Texas 75013**

Dear **EXPERIAN**,

I pulled my credit report and to my amazement **EXPERIAN** is not reporting all my good accounts anymore so that my true credit history can show, so I am sending this letter to request that you add the accounts back below to my credit file because they are mine and I have worked hard for them so that my TRUE credit history and FICO score can show accurate it is not fair for you to remove good standing accounts without my approval.

Below is lists of my accounts that was listed with Equifax in the past but now are not list please put them back on thank you.

1.Macys East/ Jrdn mrsh
Act# 4201524205620
9111 Duke Blvd
800-972-4243
High balance

2. Ocwen Mortgage
561-682-8000
1661 Worthington R ste 100
West Palm beach, Fl 33409
High Balance $161,250.00
Act# 10119xxxx

4. PCFS
Tel 800-969-0703
4221 International Parkway
Suite 150
At, ga, 30354
High balance $161,250.00

5. SPS
Act # 277000261
High Balance $ 217,750,00
10401 Deerwood par
Jacksonville, Fl, 32256
800-258-8602

Sincerely,
Paul Jones
SS# ████████

# Removal of Inaccurate Information

Paul Jones
572 Park Street
Stoughton, Ma 02072

Experian                          August 16, 2012
P.O. Box 9701
Allen, Texas 75013
ATTN: LEGAL DEPT

To whom it may concern,

This letter is a formal complaint that you are reporting inaccurate credit information.

I am very distressed that you have included the below information in my credit profile
due to its damaging effects on my good credit standing. As you are no doubt aware, credit
reporting laws ensure that bureaus report only accurate credit information. No doubt the
inclusion of this inaccurate information is a mistake on either your or the reporting
creditor's part. Because of the mistakes on my credit report, I have been wrongfully
denied credit recently for a *credit card and furniture* which was highly embarrassing and
has negatively impacted my lifestyle.

With the proof I'm attaching to this letter, I'm sure you'll agree it needs to be removed
ASAP.

The following information therefore needs to be verified and deleted from the report as
soon as possible:

Equifax has already removed this account and Trans union needs to do the same,
currently I am in court suing Bank Of New York for this issue and you are reporting that
Bank of America foreclosed on my home they are the servicer of my mortgage, but they
didn't for close that is not true, please remove this inaccurate information off my credit
file and as soon as I am finished in court with the pending litigation I will let you know
the outcome and so will Bank Of America, also your company is in violation of the
FCRA Fair Credit Reporting Act. By allowing a bank to report derogatory information on
my file while litigation is still ongoing , and you have the wrong entities reporting a
foreclosure, I hope this is all you need to confirm that there is litigation going on in this
matter if not I will have no choice but to file a law suit under the FDCPA and FCRA, I
would hope that you will call the court house and receive all of the true confirmation of
information that I just sent you the Court House Info is Dedham Superior Court, Dedham,

Ma, 781-326-1600,Also this account has been reporting over 7 seven years which beyond the statute of limitation both accounts.

And lease finance Group needs to be deleted as well they have been reporting over 7 years.

1. Bank Of America
2. Lease Finance Group

Please delete the above information as quickly as possible.

Sincerely,

*Paul Jones*

*Government I.D*
SSN
*Attachment included.*

Paul Jones

572 Park Street

Stoughton, Ma 02072

**EXPERIAN**

December 9, 2012

## NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure EXPERIAN violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b, and the Massachusetts Unfair and Deceptive Trade Practices Act. 93a

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If Trans Union chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law on December 27, 2012 I have included the Complaint which will be filed on that day if we cannot come to a settlement.

The Lawsuit is stating that EXPERIAN has violated the FCRA by allowing Bank of America to report a foreclosure on my credit report when infact I am still living in the home and we are still in litigation and my home was foreclosed illegally, but EXPERIAN still reports that they have token the home back at foreclosure EXPERIAN should have known that you don't report facts until litigation is over also EXPERIAN has removed 4 of my good standing accounts that I have worked so hard to get without my authorization and it has caused my credit score to go down.

I am looking for Experian to remove the derogatory credit file off my credit report account title **BK OF AMER account number 5923****and also stop letting Companies pull my credit as a account review no one has that authority unless I hold a Bank account, savings account or Stocks and Bond because it is bringing my Credit Score Down please read the FCRA Law attached**

I have included 1 complaint and copy of the check that will be used to pay to file complaint on December 27, 2012 unless we settle this matter, the complaint shows I am still in litigation with Bank of America.

I can be reached directly at 617-458-0612 (cell) or via email at pj22765@gmail.com this cell number is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

Paul Jones

Paul M Jones             March 26, 2012
SS# █████████
572 Park St
Stoughton, Ma, 02072
Cell# ███████████

EXPERIAN
PO Box 2002
Allen, Texas 75013

# **DISPUTE**

To whom it may concern,

     I am writing to you to dispute the following information in my credit report. The items I dispute also are circled on the enclosed copy of the report I have received from you agency.

     Please correct it so that my true credit report can be shown when someone see it, any questions I can be reached at the contact info at the top of the page Thanks.

     Paul M Jones

1. This is my second time writing to ask you to remove this account off my report, because I have never had a loan with Bank Of America, The loan I had was with optima mortgage and I am suing them for fraudulent foreclosure and I am winning, the suit has been going on for 7years now and they have not gotten a dime from me because the lender that foreclosed was Bank Of New York they are claiming ownership, I am attaching a proof of claim from the Bankruptcy court of all my creditors also a copy of the assignment

(proof of ownership) that is on file at the registry of Deeds, If my credit report comes back with Bank of America still on it I will be filing a 93a lawsuit , because your company is conspiring to destroy my credit by allowing fictitious bankers to just claim any loan without your company researching and verifying it, this is causing me great HARM please correct it.

## CREDIT BUREALS CAN BE SUED IF

**(Credit bureaus** if they refuse to correct information after being provided proof Defamation, willful injury FCRA Section 623 CUSHMAN, v. TRANS UNION CORPORATION US Court of Appeals for the Third Circuit Court Case 115 F.3d 220 June 9, 1997, Filed (D.C. No. 95-cv-01743).)

**&**

(Credit bureaus if they fail to respond to your written disputes within 30 days (a 15
Day extension may be granted if they receive information from the creditor within the first 30 days)
Consumer protection afforded by the FCRA FCRA Section 611 Part (A)(1))

## PLEASE REMOVE THIS WHOLE FILE BELOW

| BANK OF AMERICA, N.A. | | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | BK OF AMER |
|---|---|---|---|---|
| Potentially Negative Closed | Account Name | BANK OF AMERICA, N.A. | 5923XXXX | 5923XXXX |
| | Account # | 5923XXXX | | |
| No Phone Provided | Account Type | Conventional Real Estate Loan, Including Purchase Money First | Real Estate | Mortgage account |
| | Balance | $0.00 | $0.00 | $0.00 |
| Mailing Address: | Date Opened | 6/1/2004 | 6/1/2004 | 6/22/2004 |

**450 AMERICAN**

ST

SIMI VALLEY,
CA 93065

| | | | |
|---|---|---|---|
| Account Status | Closed | Closed | Closed |
| Mo. Payment | | $3,052.00 | $3,052.00 |
| Past Due | $0.00 | | $0.00 |
| Payment Status | Debt included in or discharged through Bankruptcy Chapter 13 | At least 120 days or more than four payments past due | Wage earner or similar plan |
| High Balance Limit | | $274,550.00 | $274,550.00 |
| Terms | 360 Months | | 360 Months |
| Comments | | FORECLOSURE REAL ESTATE MORTGAGE | Chap. 13 wage earner plan account |

Close
Account
Details

2. This item is over 7 years old please remove it as soon as possible

**LEASE FINANCE GROUP LL**          Account Name     **LEASE FINANCE GROUP LL**

                                    Account #        1051993XXXX

**Potentially Negative Closed**     Account Type     Lease

                                    Balance

**888-321-2307**

**Mailing Address:**                Date Opened      4/1/2003

**233 N MICHIGAN AVE**

**STE 1**

**CHICAGO, IL 60601**

|  |  |
|---|---|
| Account Status | Closed |
| Mo. Payment | |
| Close Account Details | Past Due |
| Payment Status | Paid, was a charge-off |
| High Balance | |
| Limit | |
| Terms | 48 Months |

FROM:
September 05, 2011
Paul M Jones
572 Park st
Stoughtom,ma,02072
Ss# ███████
D.O.B febua███████
Cell# 617-458-0612


TO
TransUnion
P.O Box 1000
Chester, PA 19022


# <u>DISPUTE</u>


To whom it may concern,

    I am writing to you to dispute the following information in my credit report. The items I dispute also are circled on the enclosed copy of the report I have received from you agency.

    Please update my disputes as soon as possible so that my true credit report can be shown,any questions please call me asap at the info above thanks.


    1.      Faulkner ER associates was paid $74.00 already please check with them

    2.      I have never had any mortgage with Bank Of America please remove this from my credit report asap , also they have never

forclosed on me and I have never had any payment arrangement with them in my life Paul M Jones please update your files

3. I have never even applied for a credit card from CHASE BANK USA, NA act# 41472020xxxx is not my account please remove this from my credit report asap so that my true credit report can show

4. This act from Citi act# 54241810xxxx please update the info on my credit reports asap

5. This act from exxonmobil/cbna ACT# 730250000xxxx PLEASE REMOVE THIS FROM MY Credit Report asap

6. This account is not mine from HSBC BANK, act#46630400xxxx for $3530.00 PLEASE UPDATE MY CREDIT REPORT ASAP THANKS

7. This acount from HSBC BANK act#54911001xxxx $3648.00 please remove this account from my credit report asap so my true history can show.

8. This account from HSBC BANK act#55223400xxxx $2281.00 is not my account please update and remove from my credit report asap so my true credit history can show.

9. Lease Finance was paid in full and merchandise was returned before the end of the term, my obligation was satisfied early please remove it off my credit report it was not a bad dept or a charge off/collection I paid 2832.00

10. Please fix OCWEN LOAN it was payed off through a refinance and that bankruptcy is over 12 years old please remove it from my credit report asap so ocwen can show as satisfied obligation so my true credit report can show.

11. Please add option one mortagage act # 647001134xxxx conventional real estate loan including purchase money first on to my report so that it could reflect that good account with them thanks

# Removal of Inaccurate Information & To Reinstall Macy Card back on my credit account

Paul Jones
572 Park Street
Stoughton, Ma 02072

Trans union                                    August 16, 2012

To whom it may concern,

This letter is a formal complaint that you are reporting inaccurate credit information and you have removed a good account from my credit file please update accordingly.

I am very distressed that you have included the below information in my credit profile due to its damaging effects on my good credit standing. As you are no doubt aware, credit reporting laws ensure that bureaus report only accurate credit information. No doubt the inclusion of this inaccurate information is a mistake on either your or the reporting creditor's part. Because of the mistakes on my credit report, I have been wrongfully denied credit recently for a *credit card and furniture* which was highly embarrassing and has negatively impacted my lifestyle.

With the proof I'm attaching to this letter, I'm sure you'll agree it needs to be removed ASAP.

The following information therefore needs to be verified and deleted from the report as soon as possible:

Equifax has already removed this account and Trans union needs to do the same, currently I am in court suing Bank Of New York for this issue and you are reporting that Bank of America foreclosed on my home they are the servicer of my mortgage, but they didn't for close that is not true, please remove this inaccurate information off my credit file and as soon as I am finished in court with the pending litigation I will let you know the outcome and so will Bank Of America, also your company is in violation of the FCRA Fair Credit Reporting Act. By allowing a bank to report derogatory information on my file while litigation is still ongoing , and you have the wrong entities reporting a foreclosure, I hope this is all you need to confirm that there is litigation going on in this matter if not I will have no choice but to file a law suit under the FDCPA and FCRA, I would hope that you will call the court house and receive all of the true confirmation of information that I just sent you the Court House Info is Dedham Superior Court, Dedham, Ma, 781-326-1600,Also this account has been reporting over 7 seven years which beyond the statute of limitation both accounts.

I have supplied you with a page from my TRANS UNION credit report from April of 2007 and you can see from my current credit report transunion removed one of my longest best accounts from my report and that is hurting me please put the Macys East / JRDN MARSH account back on my report so that my true credit history can show.

Also please send me a copy of my report that shows aALL my INQUARYS for the last 5-4 years.

And lease finance Group needs to be deleted as well they have been reporting over 7 years.

1. Bank Of America
2. Lease Finance Group

Please delete the above information as quickly as possible.

Sincerely,


*Paul Jones*

*Government I.D*
**SSN#** ████████
*Attachment included.*

# Removal of Inaccurate Information & To Reinstall Macy Card back on my credit account

Paul Jones
572 Park Street
Stoughton, Ma 02072

Trans union                                    August 16, 2012

To whom it may concern,

This letter is a formal complaint that you are reporting inaccurate credit information and you have removed a good account from my credit file please update accordingly.

I am very distressed that you have included the below information in my credit profile due to its damaging effects on my good credit standing. As you are no doubt aware, credit reporting laws ensure that bureaus report only accurate credit information. No doubt the inclusion of this inaccurate information is a mistake on either your or the reporting creditor's part. Because of the mistakes on my credit report, I have been wrongfully denied credit recently for a *credit card and furniture* which was highly embarrassing and has negatively impacted my lifestyle.

With the proof I'm attaching to this letter, I'm sure you'll agree it needs to be removed ASAP.

The following information therefore needs to be verified and deleted from the report as soon as possible:

Equifax has already removed this account and Trans union needs to do the same, currently I am in court suing Bank Of New York for this issue and you are reporting that Bank of America foreclosed on my home they are the servicer of my mortgage, but they didn't for close that is not true, please remove this inaccurate information off my credit file and as soon as I am finished in court with the pending litigation I will let you know the outcome and so will Bank Of America, also your company is in violation of the FCRA Fair Credit Reporting Act. By allowing a bank to report derogatory information on my file while litigation is still ongoing , and you have the wrong entities reporting a foreclosure, I hope this is all you need to confirm that there is litigation going on in this matter if not I will have no choice but to file a law suit under the FDCPA and FCRA, I would hope that you will call the court house and receive all of the true confirmation of information that I just sent you the Court House Info is Dedham Superior Court, Dedham, Ma, 781-326-1600,Also this account has been reporting over 7 seven years which beyond the statute of limitation both accounts.

I have supplied you with a page from my TRANS UNION credit report from April of 2007 and you can see from my current credit report transunion removed one of my longest best accounts from my report and that is hurting me please put the Macys East / JRDN MARSH account back on my report so that my true credit history can show.

Also please send me a copy of my report that shows aALL my INQUARYS for the last 5-4 years.

And lease finance Group needs to be deleted as well they have been reporting over 7 years.

1. Bank Of America
2. Lease Finance Group

Please delete the above information as quickly as possible.

Sincerely,

*Paul Jones*

*Government I.D*
*SSN#* █████████
*Attachment included.*

Paul M Jones
572 Park st
Stoughtom, ma, 02072
Ss# ████████
D.O.B February ████████
Cell# ████████

March 26, 2012

TransUnion
P.O Box 1000
Chester, PA 19022

# **DISPUTE**

To whom it may concern,

I am writing to you to dispute the following information in my credit report. The items I dispute also are circled on the enclosed copy of the report I have received from you agency.

Please update my disputes as soon as possible so that my true credit report can be shown, any questions please call me asap at the info above thanks.

1. This is my second time writing to ask you to remove this account off my report, because I have never had a loan with Bank Of America, The loan I had was with optima mortgage and I am suing them for fraudulent foreclosure and I am winning, the suit has been going on for 7years now and they have not gotten a dime from me because the lender that foreclosed was Bank Of New York they are claiming ownership, I am attaching a proof of claim from the Bankruptcy court of all my creditors also a copy of the assignment (proof of ownership) that is on file at the registry of Deeds, If my credit report comes back with Bank of America still on it I will be

filing a 93a lawsuit ,because your company is conspiring to destroy my credit by allowing fictitious bankers to just claim any loan without your company researching and verifying it, this is causing me great HARM please correct it.

# CREDIT BUREALS CAN BE SUED IF

**(Credit bureaus** if they refuse to correct information after being provided proof Defamation, willful injury FCRA Section 623 CUSHMAN, v. TRANS UNION CORPORATION US Court of Appeals for the Third Circuit Court Case 115 F.3d 220 June 9, 1997, Filed (D.C. No. 95-cv-01743).)

&

(**Credit bureaus** if they fail to respond to your written disputes within 30 days (a 15
Day extension may be granted if they receive information from the creditor within the first 30 days)
Consumer protection afforded by the FCRA FCRA Section 611 Part (A)(1))

# PLEASE REMOVE THIS WHOLE FILE BELOW

| BANK OF AMERICA, N.A. | Account Name | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A | BK OF AMER |
|---|---|---|---|---|
| Potentially Negative Closed | Account # | 5923XXXX | 5923XXXX | 5923XXXX |
| | Account Type | Conventional Real Estate Loan, Including Purchase Money First | Real Estate | Mortgage account |
| No Phone Provided | Balance | $0.00 | $0.00 | $0.00 |
| Mailing Address: | Date Opened | 6/1/2004 | 6/1/2004 | 6/22/2004 |
| 450 AMERICAN ST | | | | |

**SIMI VALLEY,
CA 93065**

|  | Account Status | Closed | Closed | Closed |
|---|---|---|---|---|
|  | Mo. Payment |  | $3,052.00 | $3,052.00 |
| **Close Account Details** | Past Due | $0.00 |  | $0.00 |
|  | Payment Status | Debt included in or discharged through Bankruptcy Chapter 13 | At least 120 days or more than four payments past due | Wage earner or similar plan |
|  | High Balance Limit |  | $274,550.00 | $274,550.00 |
|  | Terms | 360 Months |  | 360 Months |
|  | Comments |  | FORECLOSURE REAL ESTATE MORTGAGE | Chap. 13 wage earner plan account |

2. This item is over 7 years old please remove it as soon as possible

**LEASE FINANCE
GROUP LL**

**Potentially Negative
Closed**

**888-321-2307**

**Mailing Address:**

**233 N MICHIGAN AVE
STE 1**

| Account Name | LEASE FINANCE GROUP LL |
|---|---|
| Account # | 1051993XXXX |
| Account Type | Lease |
| Balance |  |
| Date Opened | 4/1/2003 |

**CHICAGO, IL 60601**

Close Account
Details

| | | |
|---|---|---|
| Account Status | Closed | |
| Mo. Payment | | |
| Past Due | | |
| Payment Status | Paid, was a charge-off | |
| High Balance | | |
| Limit | | |
| Terms | 48 Months | |

Paul Jones
572 Park Street
Stoughton, Ma, 02072
August 6, 2012

# TRANSUNION

To Whom It May Concern Transunion is really making it hard for me financially with all these inaccurate things in my credit report please update ASAP.

I am disputing the following items:

1. Tax lien for $28,725.00 I have never had a judgment against me in my life for any taxes your company is violating the FCRA every day this stays on my credit report I am asking you to remove it at once or I will have no choice but to sue I also has written LexisNexis Risk Department on this matter as well.
2. Tax lien for $8171.00 I have never had a judgment against me in my life for any taxes your company is violating the FCRA every day this stays on my credit report I am asking you to remove it at once or I will have no choice but to sue I also has written LexisNexis Risk Department on this matter as well

   3. Tax lien for $5808.00 I have never had a judgment against me in my life for any taxes your company is violating the FCRA every day this stays on my credit report I am asking you to remove it at once or I will have no choice but to sue I also has written LexisNexis Risk Department on this matter as well

I did not authorize the following inquiries on my credit report. I believe that they were obtained fraudulently. Please remove them.

1. Safe home security PULLED June 6, 2010

2. Factact Free Disclosure PULLED March 2,2012

3. Credit protection Assoc PULLED August 11,2011

4. TU Interactive PULLED March 2, 2012

5. NCO Financial PULLED July 19,2011

6. Midland Credit MGMT INC. May 5,2012

7. Capital One Bank USA NA pulled my credit on 3 different occasions take it off my credit

Report they have never sent me any offer off credit.

8. HSBC Bank NV FKA HHLB has never sent me an offer of credit

## WRONG ADDRESS IN MY CREDIT FILE PLEASE REMOVE

I have never lived at this address also please remove it from my credit reports as well
**2774 YORK HY**
**GAINESBORO, TN 38562**
**05/28/2012**


### WRONG PLACE OF EMPLOYMENT
I have never worked for any AE Company please remove of my Credit Report
**EMPLOYER:**                                    **A E**
**03/21/2008**


### CURRENT EMPLOYER
I CURRENTLY WORK AT COMMONWEALTH COMMUNITY RECOVERY DIVISION INC. 859 WILLIARD STREET, QUINCY, MA 02169 TELEPHONE NUMBER IS 800-280-1488 AND MY CELL IS 617-458-0612

Please provide me with a description of the reinvestigation procedure for all items. Please provide me with the source of information for all items. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,


Paul Jones
Ss#█████████
P.S. Please find enclosed a copy of my Massachusetts ID and Social Security card to verify identity.

May 10,2012

Paul Jones
572 Park St,Stoughton,Ma,02072

*TransUnion Customer Relations*
*P.O. Box 1000*
*Chester, PA 19022*

Dear Transunion,

I pulled my credit report and to my amazement Transunion is not reporting all my good account anymore so that my true credit history can show, so I am sending this letter to request that you add the accounts back below to my credit file because they are mine and I have worked hard for them so that my TRUE credit history and FICO score can show accurate its is not fair for you to remove good standing accounts without my approval.

Below is a list of my accounts that was listed with Transunion in the past but now are not list please put them back on thank you

1.Macys East/ Jrdn mrsh
Act# 4201524205620
9111 Duke Blvd
800-972-4243
High balance

2.Option One Mortagage
Act # 64700011348521
Tel 505-292-9300
11104 menaul blvd ne
Albuquerque, nm, 87112
High balance $211,500

3. PCFS
Tel 800-969-0703
4221 International Parkway
Suite 150
Atl, ga, 30354
High balance $161,250.00

4.Select portfolio scvin
PO box 65250
Salt Lake city Utah,84165
Conventional mortgage
Act# 277000261

Sincerely,
Paul Jones
SS# █████████████

Paul Jones

572 Park Street

Stoughton, Ma 02072          December 9, 2012

## TO: TRANS UNION

# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure **Trans Union** violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b, and the Massachusetts Unfair And Deceptive Trade Practices Act. MGL 93a


I am willing to settle these matters amicably without having to file suit and am giving you fifteen days from receipt of this letter to take the opportunity to do so. If **Trans Union** chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in Massachusetts Federal Court, in order to settle I am looking for Trans Union to agree to the terms below.

Trans Union Needs to reinstall my good standing account that they removed without my authorization I was denied a mortgage due to my accounts being removed


1.Capitol one act. 40034470**** I still have this account and it is in very good standing.

2. **Chase account# 441712120490****** I still have this account and it is in very good standing.

3. **Capitol One Credit account# 51780584 *** has never been late Trans Union has me down for 30 days late, that's not true I only had this account for six months and never was 30 days late!!

4. Please mark **Lease Finance Group act# 1051993*** as Paid agreed with no late payments I have sent all proof to their lawyer that this account was paid on time every month they debited from my account ( letter attached) and they sent me this letter back.

Trans Union has been reporting this account wrong for 5 years it has damaged me here is proof from the Credit Grantors Lawyer Please up date asap so that my true credit can show or I will have no choice but to file this lawsuit on the 28th of December 2012.

5. **BANK OF AMERICA act#5923***** states Derogatory this account has been in Litigation for 5 ½ years please remove until the outcome of the litigation.

It is against state and federal law to report an account until it has been settled in court, also I have the house been here since 2001, Please remove this account until it is finished with litigation in court attached the Complaint for the suit that I filed on them

Also accounts 1-3 have Hard Pulls on my credit so why has they been remove my credit has went downf rom the credit pulls.

I did not authorized this, it is a violation of the FCRA, MGL 93a unfair & Deceptive Trade Practices Act. And I also believe it is Criminal to remove a consumer good standing credit accounts. Why is Trans Union trying to ruin my LIFE.

I have Disputed this account 4 times so this is my final warning Trans Union. Please stop breaking State and Federal law Civil and Criminal, I MUST AND WILL ACT TO GET MY GOOD NAME BACK.

I can be reached directly at 617-459-0612 (cell) or via email at paugatti01@gmail.com

This cell number is not to be called, shared, or used for any purpose other than to address the matters at hand this is the last warning.

Respectfully,

Paul Jones

Paul Jones

572 Park Street

Stoughton, Ma 02072

EXPERIAN

December 9, 2012

# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure EXPERIAN violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b, and the Massachusetts Unfair and Deceptive Trade Practices Act. 93a

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If Trans Union chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law on December 27, 2012 I have included the Complaint which will be filed on that day if we cannot come to a settlement.

The Lawsuit is stating that EXPERIAN has violated the FCRA by allowing Bank of America to report a foreclosure on my credit report when infact I am still living in the home and we are still in litigation and my home was foreclosed illegally, but EXPERIAN still reports that they have token the home back at foreclosure EXPERIAN should have known that you don't report facts until litigation is over also EXPERIAN has removed 4 of my good standing accounts that I have worked so hard to get without my authorization and it has caused my credit score to go down.

I am looking for Experian to remove the derogatory credit file off my credit report account title **BK OF AMER account number 5923****and also stop letting Companies pull my credit as a account review no one has that authority unless I hold a Bank account, savings account or Stocks and Bond because it is bringing my Credit Score Down please read the FCRA Law attached**

I have included 1 complaint and copy of the check that will be used to pay to file complaint on December 27, 2012 unless we settle this matter, the complaint shows I am still in litigation with Bank of America.

I can be reached directly at 617-458-0612 (cell) or via email at pj22765@gmail.com this cell number is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_____

Paul Jones