# EXIHBIT 3

PLAINTIFFS NOTICES OF PENDING LAWSUITS

Paul Jones

572 Park Street  January 3, 2014

Stoughton, Ma 02072

Toll Free: 888-655-3004

Cell: 617-939-5417

PJ22765@GMAIL.COM

C/O : ATTORNEY CHARSLE PONA

MANAGING ATTORNEY AL REIS

WELTMAN WEINBERG & REIS CO., LPA

323 W. Lakeside Avenue

Suite 200

Cleveland, OH 44113

Charles Pona

Toll Free: 800-884-4128

Tel: 216-685-1000

areis@weltman.com

# NOTICE OF PENDING LAWSUIT

Dear Attorneys,

This is being sent prior to filing suit an opportunity to amicably cure Weltman Weinberg & Reis CO., LPA (here after Weltman) violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1) Massachusetts Fair debt Collection Practices Act, Massachusetts Debt Collection Regulation Act, Telephone Consumer Practices Act., the Massachusetts Unfair & deceptive Trade Practices Act mgl 93a.

On several occasion Weltman has contacted me on my wireless phone number using an Automatic Dialing System which has the capability to be used without Human intervention.

I (Paul Jones) have no prior or present established relationship and have never given Weltman express permission to call my wireless number & I have no contractual obligation to pay Weltman any amount of money.
Weltman did not confirm the owner of the number before they began to call to collect a debt which is a violation of several Consumer Laws.
.
I am filmier with the Consumer Laws regarding collecting a debt here in Massachusetts, I work for a Debt Collection agency here in Massachusetts (Commonwealth Community Recovery Division Inc. CCRD.INC)

Attorneys your firm Weltman has violated the Telephone Consumer Practices Act by calling my wireless number to collect a debt that is not mine (Paul Jones), also Weltman has reached into Massachusetts to collect a debt and is not registered here with the Massachusetts Banking Commissioner.

I Paul Jones) work for a debt collector Commonwealth Community Recovery Division Inc. I am aware of all the debt collection practices that must be performed to collect a debt in Massachusetts.

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If **Weltman** chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in the Massachusetts Federal District Court.

I can be reached directly at 888-655-3004 Office or 617-939-5417 (cell) or via email at pj22765@gmail.com these numbers or email address is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_____

Paul Jones

Paul Jones

572 Park Street                                   January 3, 2014

Stoughton, Ma 02072

888-655-3004

Pj22765@gmail.com

UNITED RECOVERY SYSTEMS LP

5800 North Course Drive

Houston, Texas 77072

Tel: 713-977-1234

Fax: 713-977-0119

# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure **UNITED RECOVERY Systems LP**

(hereafter United) violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1) Massachusetts Fair debt Collection Practices Act, Massachusetts Debt Collection Regulation Act, Telephone Consumer Practices Act. And the Massachusetts Unfair & deceptive Trade Practices Act.

United has violated the Telephone Consumer Practices Act by calling my wireless number to collect a debt that is not mine (Paul Jones), also McCarthy has reached into Massachusetts and is not registered to collect debts here.

United has called my wireless numbers several times. looking to collect a debt when in fact they are not registered to collects debts here in Massachusetts, this is also a violation of Massachusetts State Law MGL 93a & MDCRA.

I Paul Jones work for a debt collector Commonwealth Community Recovery Division Inc. I am aware of all the debt collection practices that must be performed to collect a debt in Massachusetts.

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If United chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in the Massachusetts Federal District Court.

I can be reached directly at 888-655-3004 Office or 617-939-5417 (cell) or via email at pj22765@gmail.com these numbers or email address is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_____

Paul Jones

Paul Jones

572 Park Street  January 3, 2014

Stoughton, Ma 02072

Revenue Group.

4780 Hinkley Industrial Parkway,

Cleveland, Ohio 44109

Tel: 216-763-2100

Fax: 216-763-2152

Email: sales@revenuegroup.com

# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure *Revenue Group.*

 (hereafter Revenue ) violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1) Massachusetts Fair debt Collection Practices Act, Massachusetts Debt Collection Regulation Act, Telephone Consumer Practices Act. And the Massachusetts Unfair & deceptive Trade Practices Act.

Revenue has violated the Telephone Consumer Practices Act by calling my wireless number to collect a debt that is not mine (Paul Jones), also CVCS has reached into Massachusetts and is not registered to collect debts here.

Revenue has called my wireless numbers several times looking for another individual by the name of Erikka Miller to collect a debt when infact I have stated several times that there is no Erikka Miller here.

Revenue is not even registered to collects debts here in Massachusetts, this is also a violation of Massachusetts State Law MGL 93a & MDCRA & Federal Laws.

Revenue has called my wireless number over 20 times looking for Erikka miller under the TCPA it is a $500.00 statutory fine for the first call and $1500 for after the first for willing and knowing after CVCS has been informed that they had the wrong number.

I Paul Jones work for a debt collector Commonwealth Community Recovery Division Inc. I am aware of all the debt collection practices that must be performed to collect a debt in Massachusetts.

I am willing to settle these matters amicably without having to file suit and am giving you three days from receipt of this letter to take the opportunity to do so. If Revenue Group chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in the Massachusetts Federal District Court.

    I can be reached directly at 888-655-3004 Office or 617-939-5417 (cell) or via email at pj22765@gmail.com these numbers or email address is not to be called, shared, or used for any purpose other than to address the matters at hand.

    Respectfully,

_____

Paul Jones

Paul Jones

572 Park Street                                          January 3, 2014

Stoughton, Ma 02072


Professional Debt Mediation, Inc.

7948 Baymeadows Way 2nd Floor

Jacksonville, Florida 32256.

Tel: 904-398-0286

Toll Free: 888-676-9873

Fax: 877-790-6549

# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure Professional Debt Mediation, Inc. (hereafter Professional) violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1) Massachusetts Fair debt Collection Practices Act, Massachusetts Debt Collection Regulation Act, Telephone Consumer Practices Act. And the Massachusetts Unfair & deceptive Trade Practices Act.

Professional has violated the Telephone Consumer Practices Act and other Federal & State laws by calling my wireless number to collect a debt that is not mine (Paul Jones).

I Paul Jones work for a debt collector Commonwealth Community Recovery Division Inc. I am aware of all the debt collection practices that must be performed to collect a debt in Massachusetts.

I am willing to settle these matters amicably without having to file suit and am giving you three days from receipt of this letter to take the opportunity to do so. If Professional chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in the Massachusetts Federal District Court.

I can be reached directly at 888-655-3004 Office or 617-939-5417 (cell) or via email at pj22765@gmail.com these numbers or email address is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_____

Paul Jones

Paul Jones

572 Park Street                                  January 3, 2014

Stoughton, Ma 02072

888-655-3004

Pj22765@gmail.com


Law Offices of Pollack and Rosen

806 S Douglas Rd. Suite 200
Coral Gables, FL 33134-3189

Tel: 888-448-1557

Fax: 305-569-0101

Email: info@pollackrosen.com

# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure The Law OfficePollack & Rosen P.A (hereafter Pollack) violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1) Massachusetts Fair debt Collection Practices Act, Massachusetts Debt Collection Regulation Act, Telephone Consumer Practices Act. & the Massachusetts Unfair & deceptive Trade Practices Act.

Pollack has violated the Telephone Consumer Practices Act by calling my wireless number (305) 448-0006 to collect a debt that is not mine (Paul Jones) looking for a Lamar Oveta, also Pollack has reached into Massachusetts and is not registered to collect debts here.

I Paul Jones work for a debt collector Commonwealth Community Recovery Division Inc. I am aware of all the debt collection practices that must be performed to collect a debt in Massachusetts.

Pollack has violated Federal & State Laws and I will hold you accountable I have told you on several occasions that Lamar Oveta does not live or work here but your representative refuse to believe me..

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If Pollack chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in the Massachusetts Federal District Court.

I can be reached directly at 888-655-3004 Office or 617-939-5417 (cell) or via email at pj22765@gmail.com these numbers or email address is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_____

Paul Jones

Paul Jones

572 Park Street January 3, 2014

Stoughton, Ma 02072

888-655-3004

Pj22765@gmail.com

McCarthy, Burgess & Wolff, Inc.

26000 Cannon Road.

Cleveland Ohio 4414

Tel: 440-735-5100

Fax: 440-735-5110

Email: information@mbandw.com

# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure McCarthy, Burgess & Wolff, Inc. (hereafter McCarthy) violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1) Massachusetts Fair debt Collection Practices Act, Massachusetts Debt Collection Regulation Act, Telephone Consumer Practices Act. And the Massachusetts Unfair & deceptive Trade Practices Act.

McCarthy has violated the Telephone Consumer Practices Act by calling my wireless number to collect a debt that is not mine (Paul Jones), also McCarthy has reached into Massachusetts and is not registered to collect debts here.

McCarthy has called my wireless numbers several times looking for Veronica Santos , Lindsey Shepard another myself Paul Jones to collect a debt when infact they are not registered to collects debts here in Massachusetts, this is also a violation of Massachusetts State Law MGL 93a & MDCRA.

I Paul Jones work for a debt collector Commonwealth Community Recovery Division Inc. I am aware of all the debt collection practices that must be performed to collect a debt in Massachusetts.

McCarthy has violated Federal & State Laws and I will hold you accountable I have told you on several occasions that Lindsey Shepard & Veronica Santos does not live or work here but your representative refuse to believe me..

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If McCarthy chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in the Massachusetts Federal District Court.

I can be reached directly at 888-655-3004 Office or 617-939-5417 (cell) or via email at pj22765@gmail.com these numbers or email address is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_____

Paul Jones

Paul Jones

572 Park Street  January 3, 2014

Stoughton, Ma 02072


Integrity Solution Services, Inc.

20 Corporate Hills Drive

St. Charles MO 63301

Toll Free: 800-334-2814

Tel: 636-530-7985

Fax: 636-537-3444

# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure Integrity Solution Services, Inc. (hereafter Integrity) violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1) Massachusetts Fair debt Collection Practices Act, Massachusetts Debt Collection Regulation Act, Telephone Consumer Practices Act. And the Massachusetts Unfair & deceptive Trade Practices Act.mgl 93a.

Integrity has violated the Telephone Consumer Practices Act and other Federal & State laws by calling my wireless number to collect a debt that is not mine (Paul Jones).

I (Paul Jones) work for a debt collector Commonwealth Community Recovery Division Inc. I am aware of all the debt collection practices that must be performed to collect a debt in Massachusetts.

I am willing to settle these matters amicably without having to file suit and am giving you three days from receipt of this letter to take the opportunity to do so. If Integrity chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in the Massachusetts Federal District Court.

I can be reached directly at 888-655-3004 Office or 617-939-5417 (cell) or via email at pj22765@gmail.com these numbers or email address is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_____

Paul Jones

Paul Jones

572 Park Street                              January 3, 2014

Stoughton, Ma 02072

Dynamic Recovery Services

4101 McEwen Road

Suite 150

Farmers Branch, Texas 75244

Toll Free: 800-886-8088

Tel: 972-241-5611

Fax: 972-484-3718

# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure Dynamic Recovery Services

(hereafter Dynamic ) violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. §

1692c(a)(1) Massachusetts Fair debt Collection Practices Act, Massachusetts Debt Collection Regulation

Act, Telephone Consumer Practices Act. And the Massachusetts Unfair & deceptive Trade Practices Act.

Dynamic has violated the Telephone Consumer Practices Act and other Federal & State laws by calling

my wireless number to collect a debt that is not mine (Paul Jones).

I Paul Jones work for a debt collector Commonwealth Community Recovery Division Inc. I am aware of

all the debt collection practices that must be performed to collect a debt in Massachusetts.

I am willing to settle these matters amicably without having to file suit and am giving you three days from receipt of this letter to take the opportunity to do so. If Dynamic chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in the Massachusetts Federal District Court.

I can be reached directly at 888-655-3004 Office or 617-939-5417 (cell) or via email at pj22765@gmail.com these numbers or email address is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_____

Paul Jones

Paul Jones

572 Park Street                                          January 3, 2014

Stoughton, Ma 02072


Cavalry Portfolio Services LLC

500 Summit Lake Drive

Valhalla, NY10595.

Tel: 800-501-0909

Fax: 914-347-1975

**Andrew Zaro** Chief Executive Officer and President

**Alfred J. Brothers** Executive Vice President

**Christian Parker** Executive Vice President of Legal Operations and General Counsel

**Gina M. Iacovelli** Vice President of Accounts Receivable Appraisal Division

**Glenn Pagan** Managing Director in Acquisition Group


# NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure Cavalry Portfolio Services LLC

(hereafter Cavalry ) violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1) Massachusetts Fair debt Collection Practices Act, Massachusetts Debt Collection Regulation Act, Telephone Consumer Practices Act. And the Massachusetts Unfair & deceptive Trade Practices Act.

Cavalry Portfolio Services LLC has violated the Telephone Consumer Practices Act and other Federal

& State laws by calling my wireless number asking for Michael Clark to collect a debt that is not mine

(Paul Jones), on several occasions I have told your call center that they have the wrong number but they fail to remove my number from the caller center.

I Paul Jones work for a debt collector Commonwealth Community Recovery Division Inc. I am aware of all the debt collection practices that must be performed to collect a debt in Massachusetts.

I am willing to settle these matters amicably without having to file suit and am giving you three days from receipt of this letter to take the opportunity to do so. If Cavalry Portfolio Services LLC chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in the Massachusetts Federal District Court.

I can be reached directly at 888-655-3004 Office or 617-939-5417 (cell) or via email at pj22765@gmail.com these numbers or email address is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_____

Paul Jones