NITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>                 Plaintiff,<br><br>         v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; LAW OFFICES OF ANDREU, PALMA & ANDREU, PL; WELTMAN, WEINBERG & REIS CO., LPA; MCCARTHY BURGESS & WOLF, INC.; REVENUE GROUP; CAVALRY PORTFOLIO; DYNAMIC RECOVERY SERVICE, INC.; UNITED RECOVERY SYSTEMS, LP, INTEGRITY SOLUTIONS SERVICES, INC.; PRO DEBT MEDIATIONS, INC.; THE LAW OFFICE OF POLLACK & ROSEN; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; BANK OF AMERICA, N.A.; BANK OF AMERICA HOME LOANS,<br><br>                 Defendants. | Civil Action No.<br><br>1:14-CV-10218-GAO |

## **DEFENDANT BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bank of America, N.A., both for itself and as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP, incorrectly named in the Complaint as Bank of America Home Loans[1], hereby states as follows:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes        (X) No

2. Does party have any parent corporations?

    (X) Yes        ( ) No

---

[1] No such entity exists, but presumably Plaintiff means BAC Home Loans Servicing, LP, which is now BANA.

        a)      Bank of America, N.A. is a privately held company, wholly owned by BANA Holding Corporation (not publicly traded).

        b)      In turn, BANA Holding Corporation is wholly owned by BAC North America Holding Company (not publicly traded).

        c)      BAC North America Holding Company is wholly owned by NB Holdings Corporation (not publicly traded).

        d)      NB Holding Corporation is wholly owned by Bank of America Corporation, which is publicly traded.

3.      Is 10% or more of the stock of a party owned by publicly held corporation or other publicly held entity?

      ( ) Yes      ( X) No

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

      ( ) Yes      (X) No

Respectfully submitted,

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP

By its attorneys,

*/s/ Ryan M. Cunningham*
Stephen C. Reilly, BBO #555371
Ryan M. Cunningham, BBO # 661440
SALLY & FITCH LLP
One Beacon Street
Boston, MA 02108
617-542-5542
scr@sally-fitch.com
rmc@sally-fitch.com

Dated: March 24, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on March 24, 2014.

    /s/ *Ryan M. Cunningham*
    Ryan M. Cunningham