UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

2014 MAR 25 P 4:09

PAUL JONES

    Plaintiff                      Civil Action No. **1:14-cv-10218-GAO**

V.

Experian Information Solutions, Inc. et al
    Defendants

## REQUEST FOR CLERKS DEFAULT

It appearing that the complaint was filed in this case on 01/28/2014 that the summons and complaint were duly served upon the defendant Experian Information Solutions, Inc. on 3/1/2014, answer due 3/24/2014.

And no answer or other pleading has been filed by said defendant as required by law.

Therefore plaintiff Paul Jones request clerks default be entered against the defendant Experian Information Solutions, Inc. as provided in Rule 55(a), Federal Rules of Civil Procedure.

Respectfully submitted,                                    March 25, 2014

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

888-655-3004

Experian Information Solutions, Inc

P.O BOX 9701

Allen, Texas 75013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be mailed to all parties on the service list this 25th day of March, 2014.

Respectfully submitted,                                          March 25, 2014

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

888-655-3004

Experian Information Solutions, Inc

P.O BOX 9701

Allen, Texas 75013