UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

2014 MAR 27 P 3: 34

PAUL JONES

Plaintiff

Civil Action No. **1:14-cv-10218-GAO**

V.

Experian Information Solutions, Inc. et al
Defendants

## NOTICE TO THE COURT

Plaintiff submits this notice to the court of the United States Postal Service tracking certified receipt for Experian Information Solution, Inc. Plaintiff submitted the wrong one on 03/05/2014 docket # 10, this document is the correct USPS tracking it confirms the day Experian Information Solution, Inc. received the summons and complaint which was on March 1, 2014.

Respectfully submitted,

March 25, 2014

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

888-655-3004

Experian Information Solutions, Inc

P.O BOX 9701

Allen, Texas 75013

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be mailed to all parties on the service list this 25th day of March, 2014.

Respectfully submitted,

March 25, 2014

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

888-655-3004

Experian Information Solutions, Inc

P.O BOX 9701

Allen, Texas 75013

English Customer Service USPS Mobile Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking #: Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: **70113500000007004989**

Expected Delivery Day: **Saturday, March 1, 2014**

## Product & Tracking Information

**Postal Product:** First-Class Mail®

**Features:** Certified Mail™

| | | |
|---|---|---|
| **March 1, 2014 , 7:35 am** | **Delivered** | **ALLEN, TX 75013** |
| March 1, 2014 , 7:26 am | Arrival at Unit | ALLEN, TX 75002 |
| February 28, 2014 , 5:56 am | Processed through USPS Sort Facility | COPPELL, TX 75099 |
| February 28, 2014 | Depart USPS Sort Facility | COPPELL, TX 75099 |
| February 27, 2014 , 8:29 pm | Processed through USPS Sort Facility | COPPELL, TX 75099 |
| February 25, 2014 | Depart USPS Sort Facility | HARTFORD, CT 06101 |
| February 25, 2014 , 10:13 pm | Processed at USPS Origin Sort Facility | HARTFORD, CT 06101 |
| February 25, 2014 , 5:49 pm | Dispatched to Sort Facility | SPRINGFIELD, MA 01101 |
| February 25, 2014 , 5:19 pm | Acceptance | SPRINGFIELD, MA 01101 |

## Available Actions

Email Updates

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›