UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., LAW OFFICE OF ANDREU, PALMA & ANDREU, PL, WELTMAN WEINBERG & REIS CO., LPA, MCCARTHY, BURGESS & WOLF, INC., REVENUE GROUP, CALVERY PORTFOLIO, DYNAMIC RECOVERY SERVICE, INC., UNITED RECOVERY SYSTEMS, LP, INTEGRATY SOLUTIONS SERVICES, INC., PRO DEBT MEDIATIONS, INC., THE LAW OFFICE OF POLLACK & ROSEN, TRANSUNION, LLC, EQUIFAX INFORMATION SERVICEES, LLC, BANK OF AMERICAN N.A., BANK OF AMERICA HOME LOANS,<br><br>        Defendants. | CIVIL ACTION NO. 1:14-10218-GAO |

## **NOTICE OF APPEARANCE**

Pursuant to LR, D. Mass 83.5.2(a), please enter the appearance of Andrew M. Schneiderman, Esq. as counsel for the defendant, The Law Office of Pollack & Rosen, in the above-entitled action.

Respectfully submitted,

THE LAW OFFICE OF POLLACK & ROSEN

By Its Attorneys

*/s/ Andrew M. Schneiderman*
Ranen S. Schechner, Bar #655943
Andrew M. Schneiderman, Bar #666252
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109
617-213-7000
617-213-7001 (facsimile)

Dated: April 2, 2014

## CERTIFICATE OF SERVICE

I, Andrew M. Schneiderman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2014 as follows:

Paul Jones
572 Park Street
Stoughton, MA 02072

*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman