UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., LAW OFFICES OF ANDREU, PALMA & ANDREU, PL, WELTMAN WEINBERG & REIS CO., LPA, MCCARTHY BURGESS & WOLF, INC., REVENUE GROUP, CALVERY PORTFOLIO, DYNAMIC RECOVERY SERVICE, INC., UNITED RECOVERY SYSTEMS LP, INTEGRATY SOLUTIONS SERVICES, INC., PRO DEBT MEDIATIONS INC., THE LAW OFFICE OF POLLACK & ROSEN, TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, BANK OF AMERICA N.A., BANK OF AMERICA HOME LOANS,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 1:14-CV-10218-GAO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

　　The parties hereby stipulate to the dismissal of all claims as to Cavalry Portfolio Services, LLC with prejudice, without costs, and with all rights of appeal waived.

PLAINTIFF,

_/s/ Paul Jones (Pro Se)_
Paul Jones
572 Park Street
Stoughton, MA 02072


Dated: April 15, 2014

CAVALRY PORTFOLIO SERVICES LLC
By its attorney,

_/s/ John J. O'Connor_
John J. O'Connor, Esq.
MA BBO# 555251
PEABODY & ARNOLD LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
joconnor@peabodyarnold.com

## CERTIFICATE OF SERVICE

    I, John J. O'Connor, do hereby certify that I have, this 15th day of April, 2014, served the foregoing above document, by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and by First Class Mail to the plaintiff.

                                            /s/ John J O'Connor
                                            John J. O'Connor

819952_1
15646-98119