# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES <br> *Plaintiff* <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., ET AL. <br> *Defendant* | Civil Action No.: <br> 1:14−CV−10218−GAO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pollack + Rosen c/o Mark Pollack
806 Douglas Rd. Suite 200
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are: Paul Jones
572 Park St.
Stoughton, MA 02072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − **Jennifer LaFlamme**
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2014−01−29 09:51:56.0, Acting Clerk USDC BMad

Civil Action No.: **1:14-CV-10218-GAO**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Pollack + Rosen c/o Mark Pollack

was received by me on (date) 4-24-14.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify): Sent certified mail, usps return green reciept (see attached summons and complaint.) and was recieved on April 21, 2014.

My fees are $ 8.00 for travel and $ 10.00 for services, for a total of $ $18.00.

I declare under penalty of perjury that this information is true.

4-25-2014
Date

Alexis Karle
Server's Signature

Alexis Karle
Printed name and title

79 Thompson St. Springfield, MA 01109
Server's Address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Jhon Mariner    C. Date of Delivery: 04/21/14 |
| 1. Article Addressed to:<br>Pollack + Rosen<br>c/o Mark Pollack<br>806 Douglas Rd. Suite 200 S. Tower<br>Coral Gables, FL 33134 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 0110 0001 3637 5301 |

PS Form 3811, July 2013 — Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Alexis Karle
79 Thompson St.
Springfield, MA 01109