UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES                        DOCKET NO.1:14-cv-10218 GAO

**Plaintiff**

    V

**EXPERIAN INFORMATION SOLUTIONS, INC. et al**

**Defendant**

NOTICE OF 26 F CONFERENCES SENT TO

DEFENDANT FROM PLAINTIFF

Plaintiff files this notice stating that he has sent request to all the remaining attorneys in the above mentioned case as of May 13, 2014 in the spirit of Rule 16.1 (**EARLY ASSESSMENT OF CASES**).

Currently the plaintiff has served on all the defendants his summons and complaint it has been within ninety (90) days after the appearance of a defendant and within one hundred twenty (120) days after the complaint has been served on a defendant.

Plaintiff asked the court to convene a scheduling conference between the Plaintiff and Defendants to move the case forward Thank you.

Respectfully Submitted,

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

888-655-3004

John J. O'Connor
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2077

Ranen S. Schechner
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7034
Fax: 617-213-7001
Email: rschechner@hinshawlaw.com


Michael B. Rosen
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA 01760
508-907-6444
Fax: 508-907-6446
Email: rosen_law@msn.com


Joseph P. Bonfiglio
Bolden & Associates
Suite 210
10 Federal St.
Salem, MA 01970
978-744-2162
Fax: 978-744-6750
Email: jbonfiglio@bbolden.com


Catherine A. Bednar
LeClair Ryan, P.C.
11th Floor
One International Place
Boston, MA 02110

617-502-8200
Fax: 617-502-8201
Email: Catherine.Bednar@leclairryan.com

Scott E Brady
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
(317) 363-2400
Fax: (317) 363-2257
Email: sbrady@schuckitlaw.com

Jason B. Curtin
Robinson & Cole
One Boston Place
Boston, MA 02108-4404
617-557-5900
Email: jcurtin@rc.com

Stephen C. Reilly
Sally & Fitch LLP
16th Floor
One Beacon Street
Boston, MA 02108
617-542-5542
Fax: 617-542-1542
Email: scr@sally-fitch.com

Ryan M. Cunningham
Sally & Fitch LLP
One Beacon Street
16th Floor
Boston, MA 02108
617-542-5542
Fax: 617-542-1542
Email: rmc@sally-fitch.com

Ryan M. Cunningham
Sally & Fitch LLP
One Beacon Street
16th Floor
Boston, MA 02108
617-542-5542
Fax: 617-542-1542
Email: rmc@sally-fitch.com

## CERTIFICATE OF SERVICE

I Paul Jones the plaintiff certify that I have mailed each participant a copy by email & USPS first class mail pre paid by plaintiff to all the participants on this 13th day of May 2014.

Respectfully Submitted

Respectfully Submitted,

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

888-655-3004

John J. O'Connor
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2077

Ranen S. Schechner
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7034
Fax: 617-213-7001
Email: rschechner@hinshawlaw.com


Michael B. Rosen
Rosen & McCarthy, LLP
4 Whittier Road
Natick, MA 01760
508-907-6444
Fax: 508-907-6446
Email: rosen_law@msn.com


Joseph P. Bonfiglio
Bolden & Associates
Suite 210
10 Federal St.
Salem, MA 01970
978-744-2162
Fax: 978-744-6750
Email: jbonfiglio@bbolden.com

Catherine A. Bednar
LeClair Ryan, P.C.
11th Floor
One International Place
Boston, MA 02110
617-502-8200
Fax: 617-502-8201
Email: Catherine.Bednar@leclairryan.com

Scott E Brady
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
(317) 363-2400
Fax: (317) 363-2257
Email: sbrady@schuckitlaw.com

Jason B. Curtin
Robinson & Cole
One Boston Place
Boston, MA 02108-4404
617-557-5900
Email: jcurtin@rc.com

Stephen C. Reilly
Sally & Fitch LLP
16th Floor
One Beacon Street
Boston, MA 02108
617-542-5542
Fax: 617-542-1542
Email: scr@sally-fitch.com

Ryan M. Cunningham
Sally & Fitch LLP
One Beacon Street
16th Floor
Boston, MA 02108
617-542-5542
Fax: 617-542-1542
Email: rmc@sally-fitch.com