UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul Jones, ) | CASE NO: 1:14-cv-10218-GAO |
|     Plaintiff ) | |
| Vs. ) | |
| Experian Information Solutions, Inc. ) | |
| Law Office of Andreu, Palma & Andreu, PL, ) | |
| Weltman Weinberg & Reis CO., LPA, ) | |
| McCarthy, Burgess & Wolf, Inc., Revenue ) | |
| Group, Calvery Portfolio, Dynamic Recovery ) | |
| Service, Inc. United Recovery Systems, LP., ) | |
| Integraty Solutions Services, Inc., ) | |
| Pro Debt Mediations, Inc., The Law Office of ) | |
| Pollack & Rosen, Trans Union LLC. Equifax ) | |
| Information Services, LLC, Bank of America, N.A.,) | |
| Bank of America Home Loans ) | |
|     Defendants ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Paul Jones and Defendant, Andreu, Palma & Andreu, PL. hereby stipulate to the dismissal of all claims as to Andreu, Palma & Andreu, PL with prejudice, without costs, and will all rights of appeal waived.

| | |
|---|---|
| Plaintiff, | Andreu, Palma & Andreu, PL |
| | By its attorney, |
| _____/s/_____ | _____/s/_____ |
| Paul Jones | Michael B. Rosen |
| 572 Park Street | Rosen & McCarthy, LLP. |
| Stoughton, MA  02072 | 4 Whittier Road |
| | Natick, MA  01760 |
| | (508) 907-6444 |
| | BBO# 542750 |
| | rosen_law@msn.com |

## CERTIFICATE OF SERVICE

I, Michael B. Rosen, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail postage prepaid this day to those indicated as non-registered participants as follows:

Paul Jones
572 Park Street
Stoughton, MA  02072

                                                 /s/
                                       Michael B. Rosen
                                       Rosen & McCarthy, LLP
                                       4 Whittier Road
                                       Natick, MA 01760
                                       (508) 907-6444
                                       BBO # 542750
                                       mrosen@rosenmccarthy.com