IN THE UNITED STATES DISTRICT COURT <sup>2014 Jul 10  A D: 22</sup>

FOR THE DISTRICT OF MASSACHUSETTS

PAUL JONES                                        DOCKET NO.1:14-cv-10218 GAO

Plaintiff

    V

EXPERIAN INFORMATION SOLUTIONS, INC. et al

Defendant

## PLAINTIFF MOTION TO DISMISS

## DEFENDANT EXPERIAN FROM COMPLAINT

Now comes the plaintiff to ask the court to dismiss defendant Experian from plaintiff amended

complaint, due to Lack of Service.

Respectfully submitted,
Paul Jones Prose

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

888-655-3004

**Andrew M. Schneiderman**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: aschneiderman@hinshawlaw.com

**Ranen S. Schechner**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7034
Fax: 617-213-7001
Email: rschechner@hinshawlaw.com

**Mark C. Brncik**
Javitch, Block & Rathbone, LLC
1100 Superior Avenue
19th Floor
Cleveland, OH 44114-1503
216-525-4926
Fax: 216-525-4927
Email: MBrncik@JBandR.com

**Joseph P. Bonfiglio**
Bolden & Associates
Suite 210
10 Federal St.
Salem, MA 01970
978-744-2162
Fax: 978-744-6750
Email: jbonfiglio@bbolden.com

**Catherine A. Bednar**
LeClair Ryan, P.C.
11th Floor
One International Place
Boston, MA 02110
617-502-8200

Fax: 617-502-8201
Email: Catherine.Bednar@leclairryan.com

**Scott E Brady**
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
(317) 363-2400
Fax: (317) 363-2257
Email: sbrady@schuckitlaw.com

**Mardic A. Marashian**
Bonin & Marashian
77 Franklin Street
Boston, MA 02110
617-723-2525
Fax: 617-723-3163
Email: mardic@boninmarashian.com

**Jason B. Curtin**
Robinson & Cole
One Boston Place
Boston, MA 02108-4404
617-557-5900
Email: jcurtin@rc.com

**Stephen C. Reilly**
Sally & Fitch LLP
16th Floor
One Beacon Street
Boston, MA 02108
617-542-5542
Fax: 617-542-1542
Email: scr@sally-fitch.com

**Ryan M. Cunningham**
Sally & Fitch LLP
One Beacon Street
16th Floor
Boston, MA 02108
617-542-5542

Fax: 617-542-1542

Email: rmc@sally-fitch.com

## CERTIFICATE OF SERVICE

I Paul Jones the plaintiff certify that I have mailed each participant a copy by USPS first class

mail and sent a copy electronically (emailed) on the 7th of July 2014 to all the participants.

Respectfully submitted,

Paul Jones Prose

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

888-655-3004

**Andrew M. Schneiderman**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: aschneiderman@hinshawlaw.com

**Ranen S. Schechner**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109

617-213-7034
Fax: 617-213-7001
Email: rschechner@hinshawlaw.com

**Mark C. Brncik**
Javitch, Block & Rathbone, LLC
1100 Superior Avenue
19th Floor
Cleveland, OH 44114-1503
216-525-4926
Fax: 216-525-4927
Email: MBrncik@JBandR.com

**Joseph P. Bonfiglio**
Bolden & Associates
Suite 210
10 Federal St.
Salem, MA 01970
978-744-2162
Fax: 978-744-6750
Email: jbonfiglio@bbolden.com

**Catherine A. Bednar**
LeClair Ryan, P.C.
11th Floor
One International Place
Boston, MA 02110
617-502-8200
Fax: 617-502-8201
Email: Catherine.Bednar@leclairryan.com

**Scott E Brady**
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
(317) 363-2400
Fax: (317) 363-2257
Email: sbrady@schuckitlaw.com

**Mardic A. Marashian**
Bonin & Marashian
77 Franklin Street