UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 14-10218-GAO

PAUL JONES,
Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. et al.,
Defendants.

ORDER ADOPTING REPORTS AND RECOMMENDATIONS
February 27, 2015

O'TOOLE, D.J.

The magistrate judge to whom this matter was referred has issued three Reports and Recommendations ("R&Rs") pertaining to various motions. In an R&R issued on November 13, 2014 (dkt. no. 92), the magistrate judge recommended that the plaintiff's motion for default judgment be denied as moot as to the defendants Experian Information Solutions, Inc., Pro Debt Mediations, Inc., the Law Office of Andreu, Palma & Andreu, PL, and Pollack and Rosen, P.A. and denied as to Dynamic Recovery Service, Inc. In a separate R&R issued that same day (dkt. no. 93), the magistrate judge recommended that the plaintiff's motion to dismiss the defendants Calvary Portfolio Services and United Recovery Systems be denied as moot, that defendant Pollack & Rosen's motion to dismiss be denied, and that the plaintiff's motion to dismiss defendant Experian from the Complaint be granted. Lastly, in an R&R issued on December 29, 2014 (dkt. no. 109), the magistrate judge recommended that defendant Bank of America's motion to dismiss be denied as moot. There have been no objections to the magistrate judge's R&Rs.

Having reviewed the relevant pleadings and submissions, I approve and ADOPT the magistrate judge's recommendations in their entirety.

Accordingly, the plaintiff's Motion (dkt. no. 35) to Dismiss Calvary Portfolio Services and United Recovery Systems, Bank of America's Motion (dkt. no. 43) to Dismiss, the plaintiff's Motion (dkt. no. 52) for a Default Judgment, and Pollack & Rosen's Motion (dkt. no. 68) to Dismiss are DENIED. The plaintiff's Motion (dkt. no. 86) to Dismiss Experian from the Complaint is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge