UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

Plaintiff                    Civil Action No. 1:14-cv-10218-GAO

V.

Defendants

**MOTION TO IMPOUND CONFIDENTIAL DOCUMENTS**

Now comes the plaintiff Paul Jones to request that the court grant his motion to Impound Documents that have been marked Confidential, Plaintiff and defendants have a Confidentiality agreement in place that was filed jointly on the docket in September of 2015 (See Doc # 170).

The plaintiff Paul Jones request the clerk withhold the material (Exhibit 5, 6, 9 & 12) from public inspection the Exhibits are marked confidential.

**Conclusion**

For these reasons, Plaintiff asks the court to grant his motion for Impoundment (Under Seal) of Exhibits 5, 6, 9 & 12.

Dated: October 1, 2015

Paul Jones     /s/ PAUL JONES

572 Park Street

Stoughton, Ma 02072

888-655-3004

Pj22765@gmail.com

**Andrew M. Schneiderman**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: aschneiderman@hinshawlaw.com

**Ranen S. Schechner**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7034
Fax: 617-213-7001
Email: rschechner@hinshawlaw.com

## CERTIFICATE OF SERVICE

I certify that an original copy of the Plaintiffs Memorandum in Support for Leave to file Amended Complaint and the Amended complaint was mailed to the below named party's on the date stated below.

Done this 1st day of October 2015

Paul Jones      /s/ PAUL JONES

572 Park Street

Stoughton, Ma 02072

888-655-3004

Pj22765@gmail.com

**Andrew M. Schneiderman**
Hinshaw & Culbertson LLP
28 State Street
24th Floor

Boston, MA 02109
617-213-7000
Fax: 617-213-7001
Email: aschneiderman@hinshawlaw.com


**Ranen S. Schechner**
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7034
Fax: 617-213-7001
Email: rschechner@hinshawlaw.com