# EXIHBIT 1



**Public Utility Commission of Texas**
1701 N. Congress Avenue or P.O. Box 13326
Austin, Texas 78711-3326
512-936-7000 • (Fax) 512-936-7003
Web Site: www.puc.texas.gov

RECEIVED
2014 SEP 23 AM 10: 53
PUBLIC UTILITY COMMISSION
FILING CLERK

# Application for a Texas Permit to Operate an Automatic Dial Announcing Device (ADAD) Permit Registration 2014 Permit Type: NEW Project 42081

(Pursuant to PUC Substantive Rule §26.125)
Submit the original and 3 copies with $50 fee

## TITLE PAGE

### Applicant

**Applicant name (only one name):** Revenue Assistance Corporation

### Contact Information (for questions about information provided in application)

| | |
|---|---|
| **Contact Name:** Michael Sheehan | **Title:** Vice President / COO |
| **Street or Mailing address:** 4780 Hinckley Industrial Parkway | |
| **Mailing address (Suite, Floor or Room):** Suite 200 | |

| City: Cleveland | State: Ohio | Zip Code: 44109 |
|---|---|---|
| **Phone No.:** (216) 763-2107 | **Fax No.:** (216) 763-2152 | **Toll Free No.:** |
| **Email:** msheehan@revenuegroup.com | **Web Address:** www.revenuegroup.com | |

### Authorized Representative Contact Information (Agent of Process for non Texas resident)

| **Contact Name:** Corporation Service Company | **Title:** |
|---|---|
| **Street or Mailing address:** 211 E. 7th Street | |
| **Mailing address (Suite, Floor or Room):** Suite 620 | |

| City: Austin | State: Texas | Zip Code: 78701 |
|---|---|---|
| **Phone No.:** (866) 846-8765 | **Fax No.:** | **Toll Free No.:** |
| **Email:** | **Web Address:** | |

CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL ON FILE WITH THE
PUBLIC UTILITY COMMISSION OF TEXAS
CENTRAL RECORDS DIVISION

BY: [signature]
DATE: 2-17-2015

Updated 7/10/13 — Application for a Texas Permit to Operate an ADAD — Page 1 of 8

117

| Regulatory Representative Contact Information | | | |
|---|---|---|---|
| **Contact Name:** Michael Sheehan | | **Title:** Vice President / COO | |
| **Street or Mailing address:** 4780 Hinckley Industrial Parkway | | | |
| **Mailing address (Suite, Floor or Room):** Suite 200 | | | |
| **City:** Cleveland | | **State:** Ohio | **Zip Code:** 44109 |
| **Phone:** (216) 763-2107 | **Fax No.:** (216) 763-2152 | | **Toll Free No.:** |
| **Email:** msheehan@revenuegroup.com | | **Web Address:** www.revenuegroup.com | |

## Part A – COMPANY ADMINISTRATIVE INFORMATION

### A-1. Form of Business

(a). Form of Business:

☒ Corporation  ☐ Limited Liability Company
☐ Limited Partnership  ☐ Sole Proprietor
☐ Limited Liability Partnership  ☐ Other (Explain in "b" below)

(b). State of Incorporation or Primary Registration:

### A-2. Principal Company Information

(a) Physical Address

| | | |
|---|---|---|
| **Company Name:** Revenue Assistance Corporation | | |
| **Primary Contact:** John J. (Trey) Sheehan | **Title:** President /CEO | |
| **Physical Address:** 4780 Hinckley Industrial Parkway, Suite 200 | | |
| **City:** Cleveland | **State:** Ohio | **ZIP:** 44109 |
| **Email:** TSheehan@revenuegroup.com | **Website:** www.revenuegroup.com | |
| **Phone:** (216) 763-2105 | **Fax:** (216) 763-2152 | **Toll Free:** |

| (b) Mailing Address (if different from Physical Address) ||||
|---|---|---|---|
| Company Name: ||||
| Contact: || Title: ||
| Mailing Address: ||||
| City: | State: || ZIP: |
| Email: || Website: ||

| (c) Texas Address - Agent for Service of Process – A contact that can receive Official Mail or a Summons ||||
|---|---|---|---|
| Company Name: Corporate Service Company ||||
| Contact: || Title: ||
| Address: 211 East 7th Street, Suite 620 ||||
| City: Austin | State: Texas || ZIP: 78701 |
| Email: || Website: ||
| Phone: | Fax: || Toll Free: |

### A-3. Certificated Name(s)

(a). Primary Name on Certificate (Registrant is allowed only one name)

| Certificate Name: Revenue Assistance Corporation |
|---|
| Legal Name: Revenue Assistance Corporation |
| Assumed Name(s): Revenue Group |
| Texas Secretary of State (or County) File Number: 801775995 |
| Date Business was established in Texas: 2010 |
| Federal and/or Tax ID. Number: 34-1778077 |
| Other Applicable Certification/File Numbers: |

### A-4. Directors, Officers, or Principals Information – (Provide a list of the names, titles, phone number and office email)

| NAME | TITLE | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|---|
| John J. (Trey) Sheehan | President / CEO | (216) 763-2105 | tsheehan@revenuegroup.com |
| Michael Sheehan | Vice President / COO | (216) 763-2107 | msheehan@revenuegroup.com |
| | | | |
| | | | |

## Part B – ADAD INFORMATION

**B-1. Number of Automatic Dial Announcing Devices (ADADs)** – Provide the number of ADAD Units owned or operated by the Permit holder.

Number of ADAD Units: 1

**B-2. ADAD Unit Information.** Identify each ADAD Unit in the following manner: ADAD A, ADAD B, ADAD C, etc. For each identified ADAD, provide the information requested below. If more than two ADADs, submit the additional ADADs as Attachment B-2.

**ADAD A**

| | |
|---|---|
| Name of Incumbent/Competitive Local Exchange Company providing Network Connections: | AT & T, Time Warner, XO Communications, and Century Link |
| Name of Long Distance Carrier providing Network Connections: | AireSpring |

ADAD Physical Address: 4780 Hinckley Industrial Parkway, Suite 200

| City: Cleveland | State: Ohio | Zip Code: 44109 |
|---|---|---|

Manufacturer: FACS Ontario Systems

Model, Computer Program, or Card Number: OSC GC Dialer

| If another format, provide explanation: | |
|---|---|
| Is ADAD unit Governed by FCC 47 C.F.R. Part 68? | ☐ Yes ☒ No<br>If the "YES" box is selected then provide the registration number below; then proceed to B-3. If the "NO" box is selected then provide the type of dialer, hosted dialer provider, and dialer technology |
| Federal Registration Number issued by the Federal Communications Commission (FCC) or ACTA: | |
| Type of Dialer | ☒ Hard Dialer (connected to computer)<br>☐ Hosted Dialer (internet connection) |
| Hosted Dialer Provider Name | |
| Type of Technology | ☐ Software ☐ VOIP ☐ Other |

## ADAD B

| | |
|---|---|
| Name of Incumbent/Competitive Local Exchange Company providing Network Connections: | AT & T, Time Warner, XO Communications, and Century Link |
| Name of Long Distance Carrier providing Network Connections: | AireSpring |
| ADAD Physical Address: 4780 Hinckley Industrial Parkway, Suite 200 | |
| City: Cleveland / State: Ohio / Zip Code: 44109 | |
| Manufacturer: ViciDial | |
| Model, Computer Program, or Card Number: Unix Servers | |
| If another format, provide explanation: | |
| Is ADAD Governed by FCC 47 C.F.R. Part 68? | ☐ Yes ☒ No<br>If the "YES" box is selected then provide the registration number below; then proceed to B-3. If the "NO" box is selected then provide the type of dialer, hosted dialer provider, and dialer technology |
| Federal Registration Number issued by the Federal Communications Commission (FCC) or ACTA: | |
| Type of Dialer | ☒ Hard Dialer (connected to computer)<br>☐ Hosted Dialer (internet connection) |
| Hosted Dialer Provider Name | |
| Type of Technology | ☐ Software ☐ VOIP ☐ Other |

B-3. ADAD Number(s) and Location (County). Provide a list of all ADAD Numbers and Locations (County) being requested by the Permit holder. A Commission-Approved Permit must be obtained before any ADADs can be operated. If more than 5 ADAD Numbers and Locations are being listed, provide the additional ADAD Numbers and Locations on two CDs.

NOTE: Submit the two CDs in the following format – Tab once between the ADAD Identifier, the 10 Digit Phone Number and the County and save as a Text File (.txt)(Notepad) or (.xls)(Excel) file ONLY.

☐ Yes  ☒ No. Are you submitting your ADAD Phone Numbers and Locations (County) confidentially? If Yes, follow the PUC Procedural Rule §22.71(d) for submitting confidential information. If No, provide the maximum of 5 numbers below, if more than 5 submit 2 CDs.

| ADAD IDENTIFIER (A, B, C etc.) | 10 DIGIT TELEPHONE NUMBER | LOCATION (County) |
|---|---|---|
| Please see enclosed disk | | USA |
| | | |
| | | |
| | | |
| | | |

| AFFIDAVIT | | |
|---|---|---|
| State of: Ohio | § | |
| | § | |
| County of: Cuyahoga | § | |

By my signature on this application statement, I swear or affirm that I have personal knowledge of the facts stated on this application to operate one or more Automatic Dial Announcing Devices (ADADs) in the State of Texas or operate ADADs directed to residents of Texas. I further swear or affirm that all the statements and representations made in this application permit are true and correct. I understand and will comply with all requirements of law applicable to an operator of ADADs and telemarketers or telephone solicitors in compliance with Public Utility Regulatory Act, TEX.UTIL.CODE Ann. §§ 55.121-55.138, Texas Telemarketing Disclosure and Privacy Act, TEX. BUS. & COM. CODE §§ 43.001-43.253, and P.U.C. SUBST. R. §26.125 and other applicable state and federal laws.

I understand that failure to comply may result in administrative penalties of up to $1,000 a day and revocation of this permit. I am authorized to make the statements and representations on behalf of the ADAD Permit Applicant.

*[Signature]*
Signature and Title

Michael Sheehan, Vice President / COO
Typed or Printed Name and Title

SWORN TO AND SUBSCRIBED before me on the 17

of September 2014

STACY K. ANDRULIS, Notary Public in and For the State of Ohio
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Lake County
My Comm. Exp. 4/24/18

My commission expires on: 4/24/18

*Not needed –*

## ATTACHMENT Part B-2

### ADAD UNIT INFORMATION

| | |
|---|---|
| Name of Incumbent/Competitive Local Exchange Company providing Network Connections: | |
| Name of Long Distance Carrier providing Network Connections: | |
| ADAD Physical Address: | |
| City:  State:  Zip Code: | |
| Manufacturer: | |
| Model, Computer Program, or Card Number: | |
| If another format, provide explanation: | |
| Is ADAD Governed by FCC 47 C.F.R. Part 68? | ☐ Yes ☐ No  If the "YES" box is selected then provide the registration number below; then proceed to B-3. If the "NO" box is selected then provide the type of dialer, hosted dialer provider, and dialer technology |
| Federal Registration Number issued by the Federal Communications Commission (FCC) or ACTA: | |
| Type of Dialer | ☐ Hard Dialer (connected to computer)  ☐ Hosted Dialer (internet connection) |
| Hosted Dialer Provider Name | |
| Type of Technology | ☐ Software ☐ VOIP ☐ Other |

| | |
|---|---|
| Name of Incumbent/Competitive Local Exchange Company providing Network Connections: | |
| Name of Long Distance Carrier providing Network Connections: | |
| ADAD Physical Address: | |
| City:  State:  Zip Code: | |
| Manufacturer: | |
| Model, Computer Program, or Card Number: | |
| If another format, provide explanation: | |
| Is ADAD Governed by FCC 47 C.F.R. Part 68? | ☐ Yes ☐ No  If the "YES" box is selected then provide the registration number below; then proceed to B-3. If the "NO" box is selected then provide the type of dialer, hosted dialer provider, and dialer technology |
| Federal Registration Number issued by the Federal Communications Commission (FCC) or ACTA: | |
| Type of Dialer | ☐ Hard Dialer (connected to computer)  ☐ Hosted Dialer (internet connection) |
| Hosted Dialer Provider Name | |
| Type of Technology | ☐ Software ☐ VOIP ☐ Other |