# EXIHBIT 2

## OHIO SECRETARY OF STATE REGISTRATION REVENUE ASSISATNCE CORPORATION d/b/a REVENUE GROUP



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 02/25/2008 | 200805301866 | TRADE NAME RENEWAL (RNR) | 25.00 | .00 | .00 | .00 | .00 |

### Receipt
This is not a bill. Please do not remit payment.

REVENUE GROUP
3700 PARK EAST DR
STE 240
BEACHWOOD, OH 44122-4308

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, Jennifer Brunner

**1388814**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**REVENUE GROUP**

and, that said business records show the filing and recording of:

Document(s)

Document No(s):

**TRADE NAME RENEWAL**

**200805301866**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of
the Secretary of State at Columbus,
Ohio this 13th day of February,
A.D. 2008.

Ohio Secretary of State



Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

## RENEWAL OF TRADE NAME REGISTRATION

1.  The Registration Number to be renewed is: **1388814**

2.  The trade name to be renewed is:
    **REVENUE GROUP**

3.  The date of original registration is: **May 19, 2003**

4.  The applicant is: (check appropiate item)
    - ___ an individual
    - ✓ an Ohio corporation, Charter Number: _877300_
    - ___ a foreign corporation, incorporated in the state of: _____
    - ___ a General Partnership
    - ___ a Limited Liability Company
    - ___ a Limited Partnership; County in Ohio where certificate /application of limited partnership is filed: _____
    - ___ a Professional association
    - ___ an association
    - ___ a Society, Foundation, Federation or other organization

5.  The name of the applicant designated in item 4 is:

    _REVENUE ASSISTANCE CORPORATION_
    (Note: When the applicant is a partnership, the name of the partnership must appear on this line)

6.  The business address of the applicant is:

    _3700 PARK EAST DRIVE, SUITE 240_
    (Street address only, P.O. Box not acceptable)

    _BEACHWOOD_, _CUYAHOGA_, _OHIO_, _44122_.
    (City, Village or Township)   (County)   (State)   (Zip Code)

7.  Complete only if applicant is a partnership:

    | Names of All General Partners | Complete Residence Address |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

    This document is signed by a corporate officer, general
    partner, association member or officer, or the individual applicant.

    By: _____ V.P.  1/29/08

2/25/2015
Case 1:14-cv-10218-GAO   Document 193-2   Filed 10/29/15   Page 4 of 4
Print this report

**Print this report**

## Corporation Details

<table>
<tr><td colspan="2" align="center"><strong>Corporation Details</strong></td></tr>
<tr><td>Entity Number</td><td>1202958</td></tr>
<tr><td>Business Name</td><td>THE REVENUE GROUP, INC.</td></tr>
<tr><td>Filing Type</td><td>CORPORATION FOR PROFIT</td></tr>
<tr><td>Status</td><td>Active</td></tr>
<tr><td>Original Filing Date</td><td>01/16/2001</td></tr>
<tr><td>Expiry Date</td><td></td></tr>
</table>

Location: BEACHWOOD     County: CUYAHOGA     State:

### Agent / Registrant Information

THOMAS F. SHEEHAN
1422 EUCLID AVE. SUITE 1648 HANNA BLDG.
CLEVELAND, OH 44115
Effective Date: 01/16/2001
Contact Status: Active

### Incorporator Information

JOHN J. SHEEHAN, III
MICHAEL T. SHEEHAN

### Filings

| Filing Type | Date of Filing | Document Number/Image |
|---|---|---|
| DOMESTIC ARTICLES/FOR PROFIT | 01/16/2001 | 200102402588 |
| TRADE NAME/ORIGINAL FILING | 11/03/2003 | 200330802154 |