**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

<u>  PAUL JONES                                              </u>
               Plaintiff(s)

       v.                    CIVIL ACTION NO.<u>  14-10218-GAO  </u>

<u>  EXPERIAN INFORMATION SOLUTIONS, ET AL      </u>
               Defendant(s)

**<u>JUDGMENT IN A CIVIL CASE</u>**

<u>  O'TOOLE    U.S.D.J.                                   </u>

**IT IS  ORDERED AND ADJUDGED:**

**In accordance with the Court's Order Adopting Report and Recommendation, dated September 30, 2016, defendants' motion for summary judgment is GRANTED and judgment is entered in favor of the defendants.**

                ROBERT M. FARRELL
                CLERK OF COURT

Dated:<u>  9/30/16                             </u>        By<u> /s/ Paul Lyness        </u>
                                                                 Deputy Clerk